IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR -09-2831-TUC-RCC(BPV) |
| Plaintiff, | **ORDER** |
| vs. | |
| CAMERON ANDREW GRIESEMER, | |
| Defendant. | |

The Court has reviewed the pleadings, the transcript and exhibits, the Magistrate Judge's Report and Recommendation, Government's Objections and defendant's Response thereto,

**IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation (Doc. 45).

**IT IS FURTHER ORDERED GRANTING** Defendant's Motion to Suppress Evidence (Doc. 30).

This case is currently set for trial on October 5, 2010.

DATED this 23rd day of September, 2010.

_____
Raner C. Collins
United States District Judge